| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| BRANDON CALLIER<br>BRANDON CALLIER<br>6336 FRANKLIN TRAIL DR<br>EL PASO, TX 79912<br>     TELEPHONE NO: (915) 383-4604     FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: brencallie6316@gmail.com<br>     ATTORNEY FOR *(Name)*: | **FILED**<br>May 02, 2022<br>CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY: **Michael Trujillo** |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>  STREET ADDRESS:<br>  MAILING ADDRESS:<br>  CITY AND ZIP CODE:<br>  BRANCH NAME: UNITED STATES DISSTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS | DEPUTY |
|---|---|

| PLAINTIFF / PETITIONER: BRANDON CALLIER<br>DEFENDANT / RESPONDENT: WIDE MERCHANT INVESTMENTS, INC AND DAVID DOEM JOON KIM | CASE NUMBER:<br>EP22CV0123 |
|---|---|
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>6991825 (428) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   **SUMMONS IN A CIVIL ACTION; CIVIL CASE COVER SHEET; ORIGINAL COMPLAINT**

3. Party served: DAVID DOEM JOON KIM

4. Address where the party was served:
   **428 S JUNE ST**
   **LOS ANGELES, CA 90020**

5.a. I served the party on: DATE: **Apr 28, 2022**  TIME: **4:02 pm**

    I served the party by **personal service.** I left the items in item 2 with the defendant **personally.**



7.a. RIGOBERTO TELLEZ             e. California Registered Process Server
b. C/O United Legal                    Independent Contractor (not employee)
1128 E 6th St, Suite 2 Corona, CA 92879    Registration # 201483953
c. 855-401-8834                        County: LOS ANGELES
d.Fee: $58.00

8. I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.
DATE: 05/02/2022

                          RIGOBERTO TELLEZ

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev, Jan 1, 2007]

Code of Civil Procedure, Sec 417.10