| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| BRANDON CALLIER<br>BRANDON CALLIER<br>6336 FRANKLIN TRAIL DR<br>EL PASO, TX 79912<br>TELEPHONE NO: (915) 383-4604    FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: brencallie6316@gmail.com<br>ATTORNEY FOR *(Name)*: | **FILED**<br>May 02, 2022<br>CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY: **Michael Trujillo**<br>DEPUTY |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | |
|---|---|
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | |
| BRANCH NAME: UNITED STATES DISSTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS | |

| PLAINTIFF / PETITIONER: BRANDON CALLIER<br>DEFENDANT / RESPONDENT: WIDE MERCHANT INVESTMENTS, INC AND DAVID DOEM JOON KIM | CASE NUMBER:<br>EP22CV0123 |
|---|---|
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>6991799 (428) |

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the:
    SUMMONS IN A CIVIL ACTION; CIVIL CASE COVER SHEET; ORIGINAL COMPLAINT

3.  Party served: WIDE MERCHANT INVESTMENTS, INC

4.  Address where the party was served:
    428 S JUNE ST
    LOS ANGELES, CA 90020

5.b.I served the party on: DATE: Apr 28, 2022  TIME: 4:02 pm

    I served the party by substituted service.

    I left the documents listed in Item 2 with or in the presence of
    DAVID DOEM JOON KIM-AUTHORIZED TO ACCEPT,

    Physical Description: Age: 60; Race: Asian American; Gender: Male; Wgt: 200; Hgt: 5'9"; Hair: Gray;

    (1)⬚ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
    (2)☒ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
    (3)⬚ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

5.b(4)  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where copies were left (Code Civ. Proc. Section 415.20). I mailed the documents on Apr 28, 2022 from LOS ANGELES



7.a. RIGOBERTO TELLEZ
b. C/O United Legal
1128 E 6th St, Suite 2 Corona, CA 92879
c. 855-401-8834
d.Fee: $58.00

e. California Registered Process Server
Independent Contractor (not employee)
Registration # 201483953
County: LOS ANGELES

8. I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.
DATE: 05/02/2022

RIGOBERTO TELLEZ

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev, Jan 1, 2007]

Code of Civil Procedure, Sec 417.10