IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:22-cv-00123-FM |
| | ) |
| WIDE MERCHANT INVESTMENT, INC. | ) |
| a California corporation, and DAVID | ) |
| BOEM JOON KIM, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Artin Betpera, Esq., applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Defendants, Wide Merchant Investment, Inc., a California corporation, and David Boem Joon Kim, in this case, andwould respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) BUCHALTER, A Professional Corporation with offices at:

    Mailing address: 18400 Von Karman Avenue, Suite 800

    City, State, Zip Code: Irvine, California 92612

    Telephone: (949) 760-1121

    Facsimile: (949) 720-0182

2. Since November 28, 2006, Applicant has been and presently is a member of and in good standing with the Bar of the States of California and Florida. Applicant's bar license numbers are 244477 (California) and 49535 (Florida).

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date |
|---|---|
| United States District Court – Northern District of California | 4/24/2017 |
| United States District Court – Central District of California | 12/7/2006 |
| United States District Court – Eastern District of California | 10/7/2015 |
| United States District Court – Southern District of California | 3/8/2007 |
| United States District Court – Middle District of Florida | 4/2017 |
| United States District Court – Southern District of Florida | 3/31/2017 |
| United States District Court – Northern District of Florida | 4/2017 |
| United States District Court – Northern District of Illinois | 6/14/2021 |
| United States Bankruptcy Court – Southern District of Florida | 5/2019 |
| United States Court of Appeals – Fourth Circuit | 7/2020 |
| United States Court of Appeals – Ninth Circuit | 6/2016 |
| United States Court of Appeals – Eleventh Circuit | 6/2021 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice): Not Applicable

5. Concurrent with the submission of this pro hac vice application, Applicant has also applied for pro hac vice admission in the matter of *Brandon Callier v. Texana Bank, N.A.*, Case No. 3:22-cv-0028-KC. Applicant has not otherwise applied for pro hac vice admission to the Western District of Texas.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided: Not Applicable.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or

offenses, except as provided below (omit minor traffic offenses): Not Applicable.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas:

> Chantel Crews
> ccrews@acaciapark.com
> State Bar No. 24007050
> AINSA HUTSON HESTER & CREWS LLP
> 5809 Acacia Circle
> El Paso, Texas 79912
> (915) 845-5300

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Artin Betpera to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Artin Betpera, Esq.
abetpera@buchalter.com
BUCHALTER
18400 Von Karman Ave., Ste. 800
Irvine, California 92612-0514
Tel:   (949) 224-6422
Fax:   (949) 720-0182

_____
Artin Betpera, Esq.

## CERTIFICATE OF SERVICE

This is to certify that on June 14, 2022, a true and correct copy of the following instrument was served upon all parties and/or counsel of record pursuant to the Federal Rules of Civil Procedure as reflected below, and the original upon the Clerk of the Court:

*Via Electronic Mail:*
Brandon Callier
6336 Franklin Trail Drive
El Paso, Texas 79912
E-mail: Callier74@gmail.com
*Pro Se Plaintiff*

*Via Electronic Mail:*
Chantel Crews
ccrews@acaciapark.com
Ainsa Hutson Hester & Crews LLP
5809 Acacia Circle
El Paso, Texas 79912

By: _____
Artin Betpera, Esq.
*Attorneys for Defendant*