UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | EP-22-CV-00123-FM |
| WIDE MERCHANT INVESTMENT, INC., | § | |
| a California Corporation and DAVID | § | |
| BOEM JOON KIM, | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING MOTION TO APPEAR PRO HAC VICE

Before the court is "Motion for Admission Pro Hac Vice" ("Motion") [ECF No. 9], filed June 14, 2022 by Artin Betpera ("Betpera"). Therein, Betpera requests the court permit him to appear *pro hac vice* in the United States District Court for the Western District of Texas to represent Wide Merchant Investment, Inc. and David Boem Joon Kim.[1] Betpera is simultaneously seeking admission *pro hac vice* in this district to represent a party in Case No. 3:22-cv-028-KC.[2] Due to his attempted *pro hac vice* admission in two cases within the United States District Court for the Western District of Texas, the court finds good cause to require Betpera to seek formal admission pursuant to Local Rule AT-1.

Accordingly:

1. It is **HEREBY ORDERED** that "Motion for Admission Pro Hac Vice" [ECF No. 9] is **DENIED**.

2. The Clerk of the Court is **INSTRUCTED** to immediately **RETURN** Betpera's $100 filing fee.

**SIGNED AND ENTERED** this 23 day of June 2022.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] "Motion for Admission Pro Hac Vice" ("Mot.") 1, ECF No. 9, filed June 14, 2022.

[2] *Id.* 2.