UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § § § § | |
| **Plaintiff,** | | |
| v. | § § | EP-22-CV-00123-FM |
| **WIDE MERCHANT INVESTMENT, INC., a California Corporation; DAVID BOEM JOON KIM; and JOHN DOES 1-4,** | § § § § § § | |
| **Defendants.** | § | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Before the court are "Agreed Motion for Extension of Time to File a Response to Defendant Wide Merchant Investment Inc's Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, Failure to State a Claim" [ECF No. 21], filed August 8, 2022 and "Agreed Motion for Extension of Time to File a Response to Defendant Wide Merchant Investment Inc's Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, Failure to State a Claim" ("Motion") [ECF No. 22], filed August 17, 2022 by Plaintiff Brandon Callier. Plaintiff requests the court allow him until August 23, 2022 to respond to Defendant Wide Merchant Investment, Inc's motion to dismiss.[1] The Motion is unopposed.[2] The court finds good cause to grant the Motion. Additionally, as the Motion supersedes Plaintiff's first motion [ECF No. 21], the first motion is denied as moot.

---

[1] *See* "Agreed Motion for Extension of Time to File a Response to Defendant Wide Merchant Investment Inc's Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, Failure to State a Claim" 1–2, ECF No. 22, filed Aug. 17, 2022.

[2] *Id.* 1.

1

Accordingly, the court enters the following orders:

1. It is **HEREBY ORDERED** that "Agreed Motion for Extension of Time to File a Response to Defendant Wide Merchant Investment Inc's Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, Failure to State a Claim" [ECF No. 21] is **DENIED AS MOOT**.

2. It is **FURTHER ORDERED** that "Agreed Motion for Extension of Time to File a Response to Defendant Wide Merchant Investment Inc's Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, Failure to State a Claim" [ECF No. 22] is **GRANTED**.

3. It is **FURTHER ORDERED** that Plaintiff file his response, if any, no later than **August 23, 2022.**

**SIGNED AND ENTERED** this **23** day of **August 2022.**

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**