

  Brandon Callier &lt;callier74@gmail.com&gt;

## Reminder: Please DocuSign Contract: Gonna Keep on Truckin

**Wide Merchant Group via DocuSign** &lt;dse_na2@docusign.net&gt;     Fri, Mar 18, 2022 at 5:02 AM
Reply-To: Wide Merchant Group &lt;info@widemerchantgroup.com&gt;
To: Brandon Callier &lt;callier74@gmail.com&gt;



Wide Merchant Group sent you a document to review and sign.

**REVIEW DOCUMENT**

 **Wide Merchant Group**
info@widemerchantgroup.com

Brandon Callier,

Please DocuSign Contract Gonna Keep on Truckin 03-17-2022.pdf

Thank You, Wide Merchant Group

Powered by DocuSign

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
A0EA311A3B47414DB09B703E74776D062

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

 Download the DocuSign App

This message was sent to you by Wide Merchant Group who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.