(/)

Apply Now (/advantage-program/apply-now)    DecisionLogic (https://www.decisionlogic.com/(S(ga0r2ncgvgi45hkhs1knkqxm))/Landing.aspx?requestGuid=51158468-baef-4d34-81cb-e49470893ce8)    Sign In (http://merchant.widemerchantgroup







# SMALL BUSINESS IS IN OUR DNA

## OUR BUSINESS ADVANCE IS TAILORED TO FIT YOUR BUSINESS NEEDS!

Apply Now (/advantage-program/apply-now)

# Our Features



## Merchant Advance Made Easy

Our Financing programs are designed with a business owner's mentality so they're always quick, simple and convenient.



**Fixed Rate**

Our Financing Programs are available at a fixed term so keeping track of your progress cannot be any easier.



**Flexible Payables**

Your payables are tailored to account for seasonality and your unique business needs.



**Minimal**

## Paperwork

We will only require your three most recent bank statements and a signed application to get you an offer!



## Fast Funding

Upon approval, the funds are deposited in your bank account within 24-72 hours!



## Easy Renewals

Unlock access to additional capital once you're 40% paid off. The renewal process is easy and we'll only require your most recent statement to give you an offer.



# You Can Get Up
# To $100,000 In As
# Little As 48 Hours!

Are you a small-medium sized business owner? Choose from one of our Merchant Financing programs, get approved and receive the funds within 48 hours, and continue growing your business.

**Apply Now (/advantage-program/apply-now)**

## How It Works



**Apply Online
or Call Us**



**Review Financing
Options**



**Get Funded**

## Get Access to Additional Funding Once You Have Established a Good History.

To help your business achieve reliable growth, Wide Merchant Group offers you access to business financing when you need it and at terms, you can afford. Creating a trusted and committed partnership with your business is one of our goals.

We customize small business capital and financing solutions to meet a business's specific needs, so you get the funding that's just right for you.

Get Started (/contact-us)



      

 

# Get Ahead With Wide Merchant Group

More than 80% of our customers return for another merchant Advance.

Apply Now (/advantage-program/apply-now)   Merchant Login (http://merchant.widemerchantgroup.com/)

# Testimonials



### Tammy Spencer

As a business owner, transparency is crucial for me to trust you as a partner. Wide Merchant Group has a portal where you can keep track of your daily withdrawals so you always know where you stand. From there, I can see how many withdrawals are left on my plan, what current balance is, download my account statement and I can access relevant information about my current advance.

# Merchant Financing Programs

**Daily Merchant Financing**

**Weekly Merchant Financing**

**Credit Card Split**

Consolidation

# Get Started

Apply Now (/advantage-program/apply-now)

How It Works (/How-It-Works) About Us (/About-Us) Advantage Program (/Advantage-Program) Contact Us (/Contact-Us)

## Get Social

(https://www.facebook.com/widemerchantgroup)
(https://www.linkedin.com/company/widemerchantgroup/?viewAsMember=true)
(https://www.instagram.com/widemerchantgroup/)
(https://play... id=co...

Your connection to Wide Merchant Group is securely encrypted

Wide Merchant Group
3580 Wilshire Blvd #160
Los Angeles, CA 90010
800-630-4214

Copyright © 2018 Wide Merchant Group - All Rights Reserved | Privacy Policy (/privacy-policy)