

PLAINTIFF'S EXHIBIT G

Brandon Callier <callier74@gmail.com>

## Requesting Bank Statements for GONNA KEEP ON TRUCKIN LLC
4 messages

---

**Aaron Cruz** <aaron@synergyfinancellc.com>  Thu, Jun 23, 2022 at 9:37 AM
To: Brandon Callier <callier74@gmail.com>

**Hello Brandon,**

I hope you're doing well. I'm expecting the requested documentation today! Please send me the last 4 months of business bank statements for the underwriting process. We make an underwriting decision within two hours and are able to release the wire of funds the same day.

**Bank Statements Required:**

- February 2022
- March  2022
- April 2022
- May 2022

---

**Should you have any questions or concerns please feel free to contact me at my direct number 917 387 4655 or via email**. An update from your side will be highly appreciated. Thank you!

---

### Aaron Cruz

**M:** (917) 387-4655
**T:** (888)808-3525, Ext#105
**F:** (888)303-0299
**E:** aaron@synergyfinancellc.com

### Synergy Financial

**Phone**: 888-269-3505
Info@synergyfinancellc.com

**CONFIDENTIALITY NOTICE:** The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**Brandon Callier** <callier74@gmail.com>  Thu, Jun 23, 2022 at 9:53 AM
To: Aaron Cruz <aaron@synergyfinancellc.com>

Hi Aaron,

Is the loan through Wide Merchant? My buddy got funded through them and he seems to like them.

[Quoted text hidden]

---

**Aaron Cruz** <aaron@synergyfinancellc.com>  Thu, Jun 23, 2022 at 9:56 AM
To: Brandon Callier <callier74@gmail.com>

Yes

[Quoted text hidden]

--

**Best Regards!**

----



## Aaron Cruz

**Sr. Funding Coordinator|Synergy Financial LLC**

Your limitation is only your imagination.

**M:** (917) 387-4655
**T:** (888) 269-3505, Ext#105
**F:** (888) 303-0299
**E:** aaron@synergyfinancellc.com
**W:** https://synergyfinancellc.com/



[Quoted text hidden]

---

**Aaron Cruz** <aaron@synergyfinancellc.com>  Thu, Jun 23, 2022 at 1:28 PM
To: Brandon Callier <callier74@gmail.com>

Hi **Brandon**,

I hope you're doing well. I'm expecting the requested documentation today! Please send me the last 4 months of business bank statements along with the signed application for the underwriting process. We make an underwriting decision within two hours and are able to release the wire of funds the same day.

An update from your side will be highly appreciated. I hope to hear from you soon. Thank you!



Sender notified by Mailtrack

Remove signature

[Quoted text hidden]