8/22/22, 12:01 PM

Case 3:22-cv-00123-TFM Document 27-8 Filed 09/01/22 Page 1 of 5
Case 3:22-cv-00123-TFM Document 27-8 Filed 09/01/22 Synergy Financial Page 1 of 5



**PLAINTIFF'S EXHIBIT H**

# A SIMPLE WAY TO FINANACE YOUR BUSINESS Qualify Up to $500,000

Get approved within 24 hours by starting here.

Get Started (get_funded.html)

# Synergy Financial

Synergy Financial offers flexible, working capital solutions to small businesses in need of financing to sustain or grow their enterprise. We place a high value on trust & transparency while providing businesses with simple, quick, and customized financial solutions while utilizing our state-of-the-art technology platform. Today, Synergy Financial continues to remain a competitive leader with one of the most extensive offerings & services in the small business industry.We remain dedicated to developing new, innovative ways to serve companies in an ever-changing financial market. Synergy Financial has provided more than $350 million to over 40,000 customers.

**Fill Out Our Simple Online Application**

It's fast and easy. Again, you don't need any personal financial information to submit your application and be considered. Everything is based on business performance. If you have any questions, we're standing by to help you.

Get Started... (get_funded.html)

**Consult With Our Loan Advisors**

()

Based on your application, we'll help you consider all your options and pick the best financial solution for you. We know the challenges small businesses face and will offer expert advice for your unique situation.

Get Started... (get_funded.html)

**Close On Your Loan Or Line Of Credit**

()

We'll help guide you through the entire process, serving as your personal liaison to over a hundred fine lenders. It's what we do every day, serving small businesses like yours throughout the U.S.

Get Started... (get_funded.html)

**Get
Funded Easily**

()

Our loan consultants will contact you with approval. In as few as 24 hours, you could secure the working capital you need and peace of mind you want.

Get Started... (get_funded.html)

# AN EASY APPLICATION PROCESS

WITH NO **PERSONAL COLLATERAL REQUIRED**

Synergy Financial's approval process doesn't tie you up with personal red tape. It's based solely on business performance, not yours.
**Over 80% of Our Applicants Are Approved**
We believe in your success. For over a decade, Synergy Financial has helped thousands of businesses just like yours secure over $350 million.

Learn More   ›
(get_funded.html)

# BUSINESS FUNDING MADE EASY!

- ✔ 80% of Applicants Approved
- ✔ Lowest Rates
- ✔ 24 Hour Funding
- ✔ No Collateral
- ✔ Flexible Payment Options
- ✔ Credit Never An Issue

Get Started   >
(about-us.html)

## Sign Up For Our Monthly Newsletter

Your Email Address                                           Subscribe

Get In Touch With **Synergy Financial**

**About Company**

**Synergy Financial** offers flexible, working capital solutions to small businesses in need of financing to sustain or grow their enterprise. We place a high value on trust & transparency while providing businesses with simple, quick, and customized financial solutions while utilizing our state-of-the-art technology platform.

Read more... (about-us.html)

  Contact Information

 100 William Street 7th Floor New York,NY 10038 United States

 2563 Major Mackenzie Dr, Maple, Ontario, L6A2E8 Canada

 52 Martin Pl, Sydney, NSW 2000 Australia

(888) 303-0299 - Fax
(917) 909-5706 - Phone

info@synergyfinancellc.com (mailto: info@synergyfinancellc.com)



Developed by loopbacs (http://www.loopbacs.com/)