Brandon Callier <callier74@gmail.com>

## Requesting Bank Statements
1 message

**Aaron Cruz** <aaron@synergyfinancellc.com>  Fri, Aug 19, 2022 at 11:48 AM
Bcc: callier74@gmail.com

**Hello,**

I hope you're doing well. I'm expecting the requested documentation today! Please send me the last 4 months of business bank statements for the underwriting process. We make an underwriting decision within two hours and are able to release the wire of funds the same day.

### Bank Statements Required:

- April 2022
- May 2022
- June 2022
- July 2022

**Should you have any questions or concerns please feel free to contact me at my direct number 917 387 4655 or via email**. An update from your side will be highly appreciated. Thank you!

### Aaron Cruz                    ### Synergy Financial

**M:** (917) 387-4655            **Phone**: 888-269-3505
**T:** (888)808-3525, Ext#105    Info@synergyfinancellc.com
**F:** (888)303-0299
**E:** aaron@synergyfinancellc.com

**CONFIDENTIALITY NOTICE:** The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

 Sender notified by
Mailtrack