　　　　　　　　　　　　　Brandon Callier <callier74@gmail.com>

**Loan Approval Documentations Needed!!**

**Aaron Cruz** <aaron@synergyfinancellc.com>　　　　　　　　　Tue, Aug 23, 2022 at 9:36 AM
Bcc: callier74@gmail.com

## Synergy Financial

[ Application ]

## As We Spoke!

Thanks for your interest in Synergy Finance, to let you know the exact rate and term we need to do the underwriting and first decide what's the best fit for your business and the most flexible breakdown possible. To underwrite, we need to go through the documentation which is pretty simple and the offer will be a NO Obligation/NO cost for UW.

## We are the one-stop financial solution, we provide the following financial services:

◎ **Short-term loan: Rate starts as low as 8%**
◎ **LOC: Revolving LOC, up to $150k on an average term of 12 months (renewable)**
◎ **Long Term: 5 years term (Credit Required: Above 680)**
◎ **Short Term: 3 Months - 18 Months Term**

## How To Start!

◎  **Click on the Application button at the top, Fill in the boxes, click on the download icon from the top right corner, select "with your changes, "attach the downloaded application with this Email, and reply.**

◉  **PDF and Fillable PDF Applications are also attached to this Email.**

## Required Documents!

◉  **Signed up Application**
◉  **4 most recent Bank Statements (ALL PAGES), March 2022, April 2022, May 2022, and June 2022**

**Application is attached with the Email or sent via DocuSign, Bank statements should be in PDF Format.**

**_Offers vary from business to business and are subject to change in the underwriting process._**

Please do the documentation to proceed, and reach me at my direct line at 917-387-4655 for any further queries, I hope to hear back from you soon!

## Aaron Cruz

**Sr. Funding Manager**
**M: 917-387-4655**
F: 888-303-0299
E: **aaron@synergyfinancellc.com**

Sender notified by
Mailtrack

## Synergy Finance

**Phone: 888-269-3505**
**Info@synergyfinancellc.com**

USA Loan App Fillable.pdf
481K