



# AARON CRUZ

Saint Albans, NY

Add note ✎

## (917) 387-4655

    

---

### August 30

 **4:24 PM**
Missed call

### July 13

 **3:06 PM**
Missed call

---

 Add    Share    Block    More