**PLAINTIFF'S EXHIBIT L**

Brandon Callier <callier74@gmail.com>

---

## Synergy Finance Loan Application
1 message

---

**Dan Brown** <dan@synergyfinancellc.com>     Thu, Aug 11, 2022 at 5:00 PM
To: Dan Brown <dan@synergyfinancellc.com>
Bcc: callier74@gmail.com

Hello,

Thank you so much for allowing me to speak to you about Synergy Financial's resources for business owners like yourself. Just to recap, since we are a direct source of funds, we can offer some of the inexpensive rates in the industry. The good news is based on your business profile you furnish nicely into our business loan programs! Our programs offer very dynamic rates and terms specific to your industry. Synergy Financial's Business Loan Programs provide you with access to the cash you need to grow and flourish without restrictions on how the money is used.

- **No Collateral is required**
- **No Obligation & Up-front cost**
- **Poor credit is not a barrier**
- **Daily or Weekly Repayment Option**
- **Funding within SAME business day**

It's easy to get started. Please complete the attached application and either fax or email it back to me. The following is all that is needed for approval and to receive an offer from us which will be valid for the next 30 days.

1. **Signed up Application**
2. **3 most recent Bank Statements (ALL PAGES)**

I will have approval numbers for you very soon upon receipt of your application and your documents will be kept protected. Once I have an offer, we will contact you immediately to go over all the details. We acknowledge the opportunity to provide you with the working capital to expand and grow your business. We look forward to having a good business deal with you. If you have any queries feel free to email me back or reach me at my direct line at 917-765-3437.

Hope to hear from you soon.

--
Thank you,

**M:** (917) 765-3437
**P:** (888) 269 3505, Ext# 101
**F:** (888) 303 0299
**E:** dan@synergyfinancellc.com

synergyfinancellc.com/



**Dan Brown**
Sr. Funding Coordinator



📄 **Fillable_Application.pdf**
413K