**RETURN OF SERVICE**

FILED
June 21, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Javier Martinez__
DEPUTY

Cause Number  EP-22-CV-00123-FM

| | |
|---|---|
| Case Name | Brandon Callier v. Synergy BPO LLC, a Texas Limited Liability Company, et al |

| | | | |
|---|---|---|---|
| Court: | United States District Court | Of | Western District of Texas |
| Date and Time of Receipt of Documents: | 6/13/2023 | at | 11:29:00 AM |
| Date and Time Delivered to Defendant: | 6/17/2023 | at | 9:00:00 AM |
| Defendant: | Synergy BPO LLC aka Synergy Financial LLC c/o Mirza S Ahmed Jewel | | |
| Stated Address (Place of Delivery): | 6616 McMakin Ct, Fort Worth, Tx, 76034 | | |

**Specified Documents:** A true copy of the citation with date of delivery endorsed thereon with a true copy of the following documents attached thereto:
Summons; Plaintiff's Third Amended Complaint

**Method of Service:** Personally, by delivering Specified Documents to Synergy BPO LLC aka Synergy Financial LLC c/o Mirza S Ahmed Jewel at the Stated Address.

I am certified under the Texas JBCC to serve process, including citations in Texas. I am not a party to or interested in the outcome of this suit. My identification number and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated above. All statements made herein are true. This return is verified or is signed under penalty of perjury.

My Full Name is James Dean Hatcher.  My Date of Birth is  3/25/1973

My Address Is:   4425 W AIRPORT FWY 352 IRVING, TX 75062, USA

My Server Identification Number Is:   PSC-18928           Certification Expires:   12/31/2024

I Declare under penalty of perjury that the foregoing, including the Return of Service, is true and correct.

Executed in __Tarrant__ County, Texas, USA on __18__ Day of __June__, 20__23__

_____, Declarant (Signature)

DFWTPS Invoice #   DFW230613006