UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § § § | |
| Plaintiff, | § § | EP-22-CV-00123-FM |
| v. | § § | |
| **SYNERGY FINANCIAL, EEC, et al.,** | § § § | |
| Defendants. | § | |

## ORDER DENYING MOTION FOR JUDICIAL NOTICE

Before the court is Plaintiff's "Request for Judicial Notice in Support of Plaintiff's Response to Defendant Wide Merchant Investment, Inc's Motion to Dismiss Plaintiff's" [ECF No. 38], filed December 27, 2022, by Brandon Callier ("Plaintiff"). Plaintiff's motion revolved around a motion to dismiss that this court ruled on.[1] Given that the motion to dismiss has been decided, Plaintiff's motion is moot.

Accordingly, it is **HEREBY ORDERED** that Plaintiff's "Request for Judicial Notice in Support of Plaintiff's Response to Defendant Wide Merchant Investment, Inc's Motion to Dismiss Plaintiff's" [ECF No. 38] is **DENIED** as being moot.

**SIGNED AND ENTERED** this **7th** day of **August 2023.**

_____
**FRANK MONTALVO**
**SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] *See*, "Order Granting Defendants Wide Merchant Investment, Inc and David Boem Joon Kim's Motin to Dismiss" 1, ECF No. 44, entered April 27, 2023.

1