UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **SYNERGY BPO, LLC** aka **SYNERGY** § <br> **FINANCIAL LLC,** a Texas Limited Liability § <br> Company, **MIRZA S. AHMED JEWEL,** and § <br> **JOHN DOES 1-4** § <br> § <br> Defendants. § <br> § | EP-22-CV-00123-FM |

### NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS

Plaintiff Brandon Callier files the Notice of Voluntary Dismissal pursuant to Fed. R. Civ P. 41(a)(1)(A)(i). Plaintiff's claims against Synergy BPO LLC aka Synergy Financial LLC, Mirza S. Ahmed Jewel and John Does 1-4 are dismissed **with** prejudice. Defendants have not served an answer or motion for summary judgment in this action.

August 31, 2023,                                      Respectfully submitted,

Brandon Callier
Plaintiff, Pro se
6336 Franklin Trail
El Paso, Tx 79912
915-383-4604
Callier74@gmail.com

## CERTIFICATE OF SERVICE

     I certify that on August 31, 2023, the foregoing document was electronically submitted to the clerk of the court for the Western District of Texas, using the electronic case filing system of the Court. I certify that I have served all counsel of record via email a copy of the foregoing.

August 31, 2023,                                  Respectfully submitted,

Brandon Callier
Plaintiff, Pro se
6336 Franklin Trail
El Paso, Tx 79912
915-383-4604
Callier74@gmail.com