UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, § § § | |
| Plaintiff, § § | EP-22-CV-00123-FM |
| v. § § | |
| SYNERGY BPO, LLC aka SYNERGY § FINANCIAL LLC, a Texas Limited § Liability Company, MIRZA S. AHMED § JEWEL, and JOHN DOES 1–4, § § | |
| Defendants. § | |

## FINAL JUDGMENT AND DISMISSAL

Before the court is "Notice of Voluntary Dismissal of Claims" [ECF No. 58], filed August 31, 2023, by the Brandon Callier ("Plaintiff"). A plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment," the effect of which is dismissal without prejudice unless the notice or stipulation states otherwise.[1] Following a ruling dismissing Wide Merchant Investment, Inc. and David Boem Joon Kim as parties, the record reflects that the remaining parties have not filed an answer.[2] Accordingly:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE**.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

---

[1] Fed. R. Civ. P. 41(a)(1)(A)(i).

[2] See generally "Order Granting Defendants Wide Merchant Investment, Inc and David Boem Joon Kim's Motions to Dismiss" 1, ECF No. 44, entered April 27, 2023.

**SIGNED AND ENTERED** this **1st** day of **September 2023.**

_____
**FRANK MONTALVO**
**SENIOR UNITED STATES DISTRICT JUDGE**